IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CR-00006-FL

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OSCAR LOPEZ-ESTEFES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the undersigned to address scheduling issues raised during the telephonic conference held with the parties on June 8, 2016. The parties are directed to file a joint hearing plan by **June 22, 2016** or in the alternative an appropriate motion to stay or continue the suppression hearing currently scheduled for June 30, 2016. Should the parties move to stay or continue the suppression hearing, they are directed to include three proposed dates to reschedule the suppression hearing if necessary and a proposed deadline for filing a joint hearing plan.

So ordered, the 8 day of June 2016.

Robert B. Jones, Jr.
United States Magistrate Judge