IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CR-00006-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OSCAR LOPEZ-ESTEFES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the undersigned *sua sponte*. Other matters on the court's calendar necessitate a continuance of the evidentiary hearing on Defendant's motion to suppress, currently scheduled for September 23, 2016. The evidentiary hearing is hereby continued until **October 27, 2016**, and the parties are ordered to submit a joint hearing plan no later than **October 20, 2016**. The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial, and it is therefore ordered further that the period of delay necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

The United States Attorney's Office is directed to make the necessary arrangements to ensure Defendant's appearance at the hearing.

So ordered, the 8th day of September 2016.

_____
Robert B. Jones, Jr.
United States Magistrate Judge